# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA
the STATE of FLORIDA,
ex rel. MERIA BROADNAX,
                    Plaintiffs/Relator,


v.

SAND LAKE CANCER CENTER, P.A.
and VINICIO HERNANDEZ, M.D.
                    Defendants.

CASE NO.
8:13-cv-2724-JDW-MAP

**EXPERT REPORT OF CONSTANTIJN PANIS, Ph.D.**

Advanced Analytical Consulting Group, Inc.
April 2, 2018

I, Constantijn (Stan) Panis, hereby submit the following report.

**Scope of Work**

1.  I have been engaged by Morgan & Morgan LLP (Counsel), counsel for Meria Broadnax (Relator), to provide an opinion on certain alleged overbilling patterns by Sand Lake Cancer Center, P.A. and Vinicio Hernandez, M.D. (Defendants).

2.  Appendix A lists the documents upon which I relied for this report.

3.  My firm Advanced Analytical Consulting Group, Inc. (AACG) bills its professional fees on an hourly basis according to the positions held within the firm. My billing rate on this engagement is $600 per hour. Compensation is not contingent on the outcome of this case.

4.  This report is based on the full extent of my knowledge as of this date. I reserve the right to revise my conclusions if any new facts come to my attention.

**Qualifications**

5.  I am a Principal at AACG, a Massachusetts corporation that provides economic and statistical consulting services relating to healthcare and other issues.

6.  My educational background is as follows: in 1984, I received a Bachelor of Arts degree in economics from the University of Groningen in the Netherlands. In 1986, I received a Master's degree in business economics from the same institution. In 1988, I received a degree in Dutch Civil Law, also from the University of Groningen. In 1992, I received a Ph.D. in economics from the University of Southern California in Los Angeles, California.

7.  From 1986 to 1996 and from 1997 to 2004 I was employed by The RAND Corporation. My final position at RAND was Senior Economist. From 2004 to 2009

I was employed by Deloitte Financial Advisory Services LLP (Deloitte) as a Manager/Senior Manager of Economic and Statistical Consulting. I joined AACG in 2009. I have taught graduate and undergraduate courses in economics, statistics, and econometrics (the application of statistical methods to economic data) at the University of California at Irvine and at the University of Southern California. I also co-founded EconWare, Inc., a company that developed and sold statistical software to disentangle causality, reverse causality, and selection effects in economic models. My curriculum vitae is included as Appendix B. It lists all cases in which I have served as an expert.

8. In the late 1980s I became interested in healthcare issues. My Ph.D. dissertation developed a method to quantify the health benefits of prenatal care and hospital deliveries to infants. I have since published more than 20 books and articles in the *Journal of Health Economics*, *Journal of Human Resources*, *Medical Care*, *Health Affairs*, *Health Policy Research*, and other professional journals, including on statistical methods to distinguish causality from correlation.

9. My former employer The RAND Corporation is a nonprofit institution that specializes in conducting research on such public policy issues as national security, healthcare, employment, and social security. While at The RAND Corporation, I directed numerous healthcare research studies, including on healthcare costs and utilization. These studies were almost entirely funded by the National Institutes of Health, the Centers for Medicare and Medicaid Services (CMS), the U.S. Department of Labor, and the Social Security Administration. While at Deloitte and also currently at AACG, I continued conducting healthcare research for the U.S. Department of Labor. Among other topics, I studied self-insured health plans in support of the Secretary of Labor's 2011-2018 annual reports to Congress.

10. In the course of my research and litigation support, I routinely analyze medical utilization records and healthcare claims.

**Introduction**

11. It is my understanding that the Relator alleges that the Defendants systematically reduced the amount of drugs that cancer patients received while billing for the full dosage. This report provides quantitative evidence that is consistent with that allegation.

12. It is further my understanding that this litigation is concerned with claims for dates of service from January 1, 2009 through December 31, 2013 ("reference period").

13. The Defendants treated patients with a variety of drugs. For this report, I focus primarily on the Bevacizumab drug, which is marketed as Avastin. Insofar relevant here, Avastin is available in vials of 100mg and 400mg. It is my understanding that Medicare, TRICARE, Medicaid, and other payors require using vial sizes that minimize waste, and allow billing for wasted amounts. For example, if a patient requires a dose of 640mg, the facility must use vials that collectively contain 700mg, of which 640mg is administered and 60mg discarded (wasted). In this example, the facility is allowed to bill for 700mg. It is further my understanding that the unused portion must be discarded and not used for another patient.

**Source Data**

14. My analysis relies on several electronic data files, including on inventory management, purchases of drugs and supplies from external vendors, patient drug administration, and billing records.

15. The primary file contains records from the Defendants' inventory management system, Nucleus. Among other transactions, the inventory management file shows the amount of drugs dispensed, the name of the patient for whom the drug is intended, and the dosage and wastage amount. Each transaction is

recorded with a timestamp showing date and time (hours, minutes, and seconds).

16. In addition to dispense transactions, the inventory management file records returns of drugs and restocking of newly purchased drugs. Also, roughly once a week (but sometimes multiple times daily and sometimes several weeks apart), audit records indicate the amount of drugs in stock. All records relate to a specific size. For example, all Avastin records relate to either 100mg vials or 400mg vials. A single treatment is often represented by two records. For example, if a patient requires a dose of 640mg, the Nucleus inventory management system would typically show one record for the dispense of one 400mg vial (dose 400mg, waste 0mg) and another record for the dispense of three 100mg vials (dose 240mg, waste 60mg).

17. A file with purchasing records contains one record per order of a specific size. For example, an order of eight vials of 100mg and five vials of 400mg is reflected in one record for 8x100mg and in another record for 5x400mg. The file specifies the delivered quantity, which for Avastin is always equal to the ordered quantity. It also specifies the delivery date.

18. A file with information on medical claims typically contains multiple records per claim, presumably representing the various stages of claim processing (submission, adjustment, approval, payment) and multiple payors. I used only claims on which a payment was made. A single treatment could have triggered multiple claims, namely to a primary, secondary, or tertiary payor. Key fields include the identity of the patient, date of service, medical procedure, drug units billed, dollar amount paid, and payor.

19. A patient drug administration file contains one record per patient treatment. Among other fields, it shows the name of the patient, the drug, the dose ordered, the dose administered, wastage, the date and time at which drug administration started, and the date and time drug administration stopped.

20. The first record of an Avastin dispense in the inventory management file was on 3/31/2009 at 8:59:13 am. While the reference period begins on January 1, 2009, my analysis considers only treatments and claims on 3/31/2009 or later.

**Aggregate Analysis of Avastin**

21. As noted above, the Nucleus inventory management system records both dispenses and returns of drugs. Presumably, a return may occur when medicine was taken out of inventory but returned because, for example, the patient did not show up. I matched all returns to prior dispenses. For the remainder of this analysis, both returns and their matching dispenses are ignored.

22. Table 1 shows aggregate flows of Avastin from 3/31/2009 to 12/31/2013. The table accounts for transactions in both 100mg and 400mg vials. Purchase records indicate that 667,100mg was purchased and delivered over this period. The Nucleus inventory management system indicates that 719,908mg was restocked over the same period. Also, 792,170mg was recorded as dispensed for 733 patient treatments, with aggregate dosage of 749,375mg and 41,795 wasted. (These figures exclude dispenses that were subsequently returned.) Drug administration records show that 792,139mg was administered for 773 treatments. Assuming minimal waste, I rounded each dose up to the nearest 100mg and calculated that the total amount dispensed for those 773 treatments would have been 834,100mg. Finally, billing records indicate that claims were submitted for 735 treatments and a total of 787,100mg Avastin. (These figures count at most one claim per treatment, even where claims were sent to multiple payors.)

**Table 1. Aggregate Flows of Avastin (3/31/2009 – 12/31/2013)**

|                                               | Treatments | Total amount |
|-----------------------------------------------|------------|--------------|
| Purchase records:                             |            |              |
|    Purchased                   |            | 667,100 mg   |
| Inventory management system:                  |            |              |
|    Restocked                   |            | 719,908 mg   |
|    Dispensed (net of returns)  | 733        | 792,170 mg   |
|    Dose (net of returns)       | 733        | 749,375 mg   |
|    Wasted (net of returns)     | 733        | 42,795 mg    |
| Drug administration (5/11/2009-12/31/2013):   |            |              |
|    Dose administered           | 773        | 792,139 mg   |
|    Dispensed in 100mg units    | 773        | 834,100 mg   |
| Claims records:                               |            |              |
|    Amount billed               | 735        | 787,100 mg   |

23. These amounts appear inconsistent with one another. Far more was reported
    restocked than purchased, and far more was dispensed, administered, and billed
    than purchased or restocked. A potential explanation lies in the change in
    inventory between the beginning and end of the period. However, according to
    audit records, total inventory was 2,500mg lower at the end of the period than at
    the beginning—too small a change to explain the large differences in Table 1.

24. In some cases, the recording of transactions in the Nucleus inventory
    management system differs from the usual pattern, but the amounts involved
    tend to be clear. For example, restock amounts may be expected to be multiples
    of 100mg; indeed they almost always are, except in one case. (That case showed
    a restock of 8mg and was followed by a restock of 800mg less than one minute
    later.) Similarly, the amount dispensed may be expected to be a multiple of
    100mg, but again that is not always the case. For example, a dose of 240mg is
    sometimes recorded as 240mg dispensed with 0mg waste.

25. In the purchase data, all amounts ordered and delivered represent multiples of
    100mg or 400mg. In the inventory management system, almost all restock
    records (99.8%) are multiples of 100mg or 400mg, and 96.9% of dispense
    records (net of returns) are multiples of 100mg or 400mg. In the billing data,
    98.5% of claims are for amounts that are multiples of 100mg.

26. Given these data integrity issues, the aggregate flows in Table 1 are probably not quite correct. However, the data integrity issues are likely to understate dispense amounts, so that the difference between dispenses and purchases is probably even larger than is evident from Table 1. For example, consider again a dose of 240mg that was recorded as a dispense of 240mg and 0mg waste. It should have been recorded as a dispense of 300mg of which 60mg was wasted. It contributed 240mg to the aggregate dispense in Table 1 but should have contributed 300mg to that total.

27. Separately, I found that restock amounts are often implausible. Sometimes a purchase was not followed by a restock, and at other times, a restock exceeded recent purchases. The former suggests clerical omissions, which may be inconsequential; the latter raises the question why the Defendant's facility restocked more vials than it had purchased.

28. The main issue arising from the aggregate flows in Table 1 is how the Defendant could have dispensed more than it had purchased. The inventory management system suggests excess dispenses of 792,170 - 667,100 = 125,070mg. Claims data suggest excess dispenses of at least 787,100 - 667,100 = 120,000mg. Drug administration records suggest even larger excess dispenses, but those data may be less reliable.[1] As discussed in ¶23, the change in inventory between the beginning and the end of the period explains only 2,500mg of the excess dispenses.

29. The large discrepancy between reported dispenses and purchases is consistent with the Relator's allegation that the Defendant systematically shortened drug dosages. The approximate 120,000mg difference described in the previous paragraph corresponds to roughly 1,200 vials of 100mg each.

---

[1] Drug administration data report 773 patient treatments between 5/11/2009 and 12/31/2013, i.e., more treatments and over a shorter period than as documented in the inventory management and billing systems.

**Transaction-Level Analysis of Avastin**

30. To better understand the aggregate discrepancies demonstrated in the previous section, I conducted an analysis of individual transactions (purchases, restocks, dispenses, etc.) related to Avastin.

31. As noted above, the inventory management system includes audit records. It is my understanding that Defendant's staff members counted and recorded inventory in those audit records. I attempted to reconcile transaction amounts (restocks, dispenses, and returns) with audit amounts. This effort was not always successful, in part because audits may have counted drugs that had just been checked out or were about to be checked in. For example, there may have been five vials in inventory plus three that were about to be restocked; the audit record may state that eight vials were in inventory even though the restock had not yet taken place.[2]

32. Table 2 illustrates select fields from the Nucleus inventory management system records for two weeks in November 2012. Only records related to Avastin are shown. The period starts and ends with audit records. The purpose of this illustration is to demonstrate how inventory transactions can be reconciled with amounts that were available according to audit records. The columns capture the transaction date and time (TransDate), the transaction type (TxType), the Avastin vial size (Size), a patient identifier (For),[3] the dose (Dose), the amount wasted (Waste), the total amount in the transaction (Total), and the amount in inventory (Inventory).

33. The first two records represent a pair of audits. According to the audits, 1,300mg of 100mg vials (13 vials) and 2,400mg of 400mg vials (6 vials) were in inventory on November 12.

---

[2] Also see deposition testimony of Valerie Bastani, a former nurse manager at Sand Lake Cancer Center, on January 22, 2018: "Every drug that was entered into the Nucleus that was accounted for in the Nucleus, even those that were outside of the refrigerator, that was part of our inventory."

[3] The system also shows the patient's name, which is suppressed here.

**Table 2. Illustrative Inventory Management System Records**

| TransDate | TxType | Size | For | Dose | Wasted | Total | Inventory |
|---|---|---|---|---|---|---|---|
| 11/12/2012 15:01:07 | Audit | 100mg | | 0 | 0 | -400 | 1,300 |
| 11/12/2012 15:01:09 | Audit | 400mg | | 0 | 0 | 0 | 2,400 |
| 11/13/2012 8:54:32 | WasteAtDispense | 100mg | (3899) | 304 | 96 | 400 | 900 |
| 11/13/2012 9:02:13 | Dispense | 100mg | (7563) | 400 | 0 | 400 | 500 |
| 11/13/2012 9:02:13 | Dispense | 400mg | (7563) | 800 | 0 | 800 | 1,600 |
| 11/13/2012 10:03:26 | WasteAtDispense | 400mg | (9672) | 735 | 65 | 800 | 800 |
| 11/13/2012 10:39:41 | Return | 100mg | (7563) | 400 | 0 | -400 | 900 |
| 11/13/2012 10:39:45 | Return | 400mg | (7563) | 800 | 0 | -800 | 1,600 |
| 11/13/2012 10:40:17 | WasteAtDispense | 100mg | (7563) | 311 | 89 | 400 | 500 |
| 11/13/2012 10:40:17 | Dispense | 400mg | (7563) | 800 | 0 | 800 | 800 |
| 11/13/2012 14:03:50 | Return | 400mg | (9672) | 735 | 0 | -800 | 1,600 |
| 11/15/2012 9:31:33 | WasteAtDispense | 100mg | (7390) | 135 | 65 | 200 | 300 |
| 11/15/2012 9:31:33 | Dispense | 400mg | (7390) | 1,200 | 0 | 1,200 | 400 |
| 11/15/2012 10:47:20 | Restock | 100mg | | | | 400 | 700 |
| 11/15/2012 10:47:28 | Restock | 400mg | | | | 2,400 | 2,800 |
| 11/16/2012 9:31:30 | Restock | 100mg | | | | 400 | 1,100 |
| 11/16/2012 9:31:32 | Restock | 400mg | | | | 400 | 3,200 |
| 11/19/2012 9:05:15 | WasteAtDispense | 100mg | (1574) | 240 | 60 | 300 | 800 |
| 11/19/2012 9:05:15 | Dispense | 400mg | (1574) | 1,200 | 0 | 1,200 | 2,000 |
| 11/19/2012 9:11:24 | WasteAtDispense | 400mg | (9672) | 734 | 66 | 800 | 1,200 |
| 11/19/2012 15:05:22 | Return | 400mg | (9672) | 734 | 0 | -800 | 1,200 |
| 11/19/2012 15:05:40 | WasteAtDispense | 400mg | (9672) | 735 | 65 | 800 | 1,200 |
| 11/26/2012 9:00:54 | WasteAtDispense | 100mg | (4820) | 625 | 75 | 700 | 100 |
| 11/26/2012 9:00:54 | Dispense | 400mg | (4820) | 1,200 | 0 | 1,200 | 0 |
| 11/26/2012 11:03:00 | Return | 100mg | (4820) | 625 | 0 | -700 | 800 |
| 11/26/2012 11:03:08 | Return | 400mg | (4820) | 1,200 | 0 | -1,200 | 1,200 |
| 11/27/2012 11:10:34 | Restock | 100mg | | | | 200 | 1,000 |
| 11/27/2012 11:10:37 | Restock | 400mg | | | | 1,200 | 2,400 |
| 11/27/2012 16:15:46 | Audit | 100mg | | 0 | 0 | 100 | 1,100 |
| 11/27/2012 16:15:53 | Audit | 400mg | | 0 | 0 | 400 | 2,800 |

34. On November 13 at 8:54, a withdrawal was made to treat patient (3899). The
dose for patient was 304mg; four vials of 100mg (400mg) were reportedly
dispensed, and 96mg wasted. At 9:02, two withdrawals were made for patient
(7563), but those were returned at 10:39. At 10:03, a withdrawal was made for
patient (9672), but at 14:03 that was also returned. At 10:40 two more
withdrawals were made for patient (7563): four vials of 100mg (400mg) and two
vials of 400mg (800mg) to provide a dose of 311+800=1,111mg with 89mg
wasted. On November 15 at 9:31, two withdrawals were made for a total of
1,400mg to treat patient (7390) with 1,335mg and waste 65mg. Also on

November 15 and again on November 16, four restocks were recorded of 4x100mg, 6x400mg, 4x100mg, and 1x400mg. While not shown here, these restocks matched recent purchases. On November 19 at 9:05, 1,500mg was withdrawn to treat patient (1574) with 1,440mg and waste 60mg. At 9:11 a withdrawal was made to provide a dose of 734mg to patient (9672), but that was returned at 15:05. Instead, a few seconds later a withdrawal of 800mg was made to treat this patient with 735mg and discard 65mg. On November 26 two withdrawals were made for patient (4820), but those were returned later in the day. On November 27 at 11:10, 2x100mg (200mg) and 3x400mg (1,200mg) were restocked. The Avastin activities for the day closed with a pair of audits which indicate that 11 vials of 100mg (1,100mg) and 7 vials of 400mg (2,800mg) were in inventory.

35. At the start of the period in Table 2, audit records indicate that 1,300+2,400= 3,700mg was in inventory. Total withdrawals were 400+400+800+800-400- 800+400+ 800-800+200+1,200+300+1,200+800-800+800+700+1,200-700- 1,200= 5,300mg. The total amount restocked was 400+2,400+400+400+200+ 1,200=5,000mg. One would thus expect the inventory at the end of the period to be 3,700-5,300+5,000=3,400mg. However, the audit records on November 27 indicate that 1,100+2,800=3,900mg was in inventory—500mg more than expected.

36. Ignoring dispenses that were subsequently returned, the Defendants treated five patients over this period. In each case, some wastage was reported. In light of the allegations of the Relator, a likely explanation of the inventory discrepancy is that all five patients received reduced doses. Instead of 304mg, patient (3899) may have received 300mg; only three vials of 100mg may have been used instead of four. The claims data indicate that the Defendant billed Medicare for 400mg. Instead of receiving 1,111mg, patient (7563) may have received only 1,100mg; the claims data indicate that the Defendant billed Medicare for 1,200mg. Et cetera. In all five cases, the dose may have been shortened, explaining excess inventory of one vial of 100mg each time. In each case, a claim

was submitted for the full amount. Four out of the five patients in this illustration were covered by Medicare.

37. The findings in both the aggregate analysis described in the previous section and the transaction-level analysis in the current section point in the same direction and are consistent with the Relator's allegation that the Defendants systematically shortened drug doses while submitting claims to payors for the full amounts.

**Estimate of Number of False Claims and Overpayment Amount**

38. The period illustrated in Table 2 represents a "clean" example of a pattern of dispenses and inventory changes that is consistent with the Relator's allegations. I reviewed many individual transactions and found that the explanations for inventory discrepancies were not always straightforward. Also, it does not always appear to be possible to identify precisely which treatments were shortened. For example, suppose 400mg in excess inventory existed after six patient treatments. It is then not clear which of the six patients were shortened. It may be possible to resolve most such issues with additional effort, but at this stage I am not able to determine precisely which claims were likely affected by the alleged behavior. However, I can provide a rough aggregate estimate of the number of affected claims and the associated payments by Medicare, TRICARE, and Medicaid.

39. Due to time constraints, I have not yet reconciled all individual transactions related to all treatments during the reference period. However, I resolved transactions for several months of data during which 75 treatments took place, and determined that doses in approximately 50 treatments (67%) had been shortened. I expect to resolve the remainder of the transactions prior to my testimony.

40. According to claims data, the Defendants submitted claims for 735 treatments involving Avastin during the reference period. For some treatments, multiple

claims were submitted, such as to payors that provided primary, secondary, or tertiary coverage. Table 3 shows that payment was made on 1,002 claims, of which 4 were paid by Medicaid, 273 by Medicare, and 35 by TRICARE.

**Table 3. Payments on Avastin Claims, by Payor (1/1/2009 – 12/31/2013)**

| Payor | Claims | Average payment | Total payment |
|-------|--------|-----------------|---------------|
| Medicaid | 4 | $1,140 | $4,559 |
| Medicare | 273 | $5,616 | $1,533,254 |
| TRICARE | 35 | $2,884 | $100,941 |
| Other | 690 | $4,324 | $2,983,821 |
| Total | 1,002 | $4,613 | $4,622,574 |

41. In total, 4+273+35 = 312 claims were paid by a government program. The total payment on those claims was $1.64 million. Assuming 67% of treatments were shortened, this suggests that roughly 208 claims were affected with related payments of $1.09 million.

42. The above calculations are based on dosage shortening in 67% of patient treatments. This fraction is a rough estimate. The transactions that I resolved are not a random statistical sample. I reserve the right to refine these estimates.

**Cytoxan**

43. While the above analysis focuses on Avastin (Bevacizumab), similar issues appear to exist with other drugs. Consider for example, Cytoxan (Cyclophosphamide). Table 4 shows total flows of Cytoxan between 3/31/2009 and 12/31/2013.

**Table 4. Aggregate Flows of Cytoxan (3/31/2009 – 12/31/2013)**

|                                      | Total amount |
|--------------------------------------|--------------|
| Purchase records:                    |              |
|     Purchased                        | 686,000 mg   |
| Inventory management system:         |              |
|     Restocked                        | 686,500 mg   |
|     Dispensed (net of returns)       | 845,295 mg   |
| Drug administration:                 |              |
|     Dose administered                | 718,310 mg   |
|     Dispensed in 500mg units         | 867,000 mg   |
| Claims records:                      |              |
|     Amount billed                    | 833,000 mg   |

44. According to purchase records, the Defendants purchased 686,000mg. Total restocks (686,500mg) closely match total purchases. However, the amount that was reportedly dispensed was 845,295mg, and claims were submitted for a total of 833,000mg. As with Avastin, a large discrepancy exists between the amount for which Cytoxan bills were submitted and the amount purchased: 833,000 - 686,000 = 147,000mg. Audits at the beginning and the end of the reference period indicate that total inventory decreased by 3,500mg—too little to explain the discrepancy between purchased and billed amounts.

**Summary**

45. This report summarizes my analysis of Avastin transactions by the Defendant. I find that aggregate reported dispenses are closely consistent with the aggregate quantity for which the Defendant submitted claims, and that both greatly exceed aggregate purchases. Similarly, I find that aggregate billings of Cytoxan greatly exceed aggregate purchases. For select periods, I find that transaction-level dispenses and inventory changes of Avastin are consistent with the Relator's allegations that the Defendant systematically shortened doses.

Constantijn Panis, Ph.D.
April 2, 2018

**Appendix A. List of Documents and Data Sources**

Claims file: "SLCC001845_CONFIDENTIAL.xlsx"

Drug administration file: "SLCC001844_CONFIDENTIAL.xlsx"

Nucleus inventory management file: "ABC-SAN-013681 (ABC 013675) w SDV-
MDV.xlsx"

Purchase file: "ABC-SAN-000282 (ABC 000277) w SDV-MDV.xlsx"

Transcript of deposition testimony of Valerie Bastani (1/22/2018): "532006
Bastani.Valerie   012218.miniprint.pdf"

**Appendix B. Curriculum Vitae of Constantijn Panis, Ph.D.**

# Constantijn (Stan) Panis, Ph.D.

Principal
Advanced Analytical Consulting Group, Inc.
Phone: (213) 784-6400
Email: StanPanis@AACG.com

## Professional Summary

Dr. Panis is an expert in healthcare, statistics, demographic issues, and forecasting. He has extensive litigation support experience including as economic expert witness in healthcare, labor, and class action cases. He is widely published; was an award-winning teacher in MBA and undergraduate programs; and co-founded a successful company that developed statistical software to disentangle causality, reverse causality, and selection effects in economic models.

Prior to joining AACG, Dr. Panis led the Economic and Statistical Consulting group of Deloitte & Touche in the Pacific Southwest. Before that, he was a senior economist at the RAND Corporation, where his research on health and healthcare utilization was funded by the National Institutes of Health, the Centers for Medicare and Medicaid Services, and other federal agencies. He served on the faculty of the University of Southern California and the University of California at Irvine, teaching undergraduate and graduate statistics and economics courses. His work has been published in the *Journal of Health Economics*, *Medical Care*, *Health Affairs*, *Health Policy Research*, and many other professional journals.

## Education

- Ph.D., Economics, University of Southern California, Los Angeles, California
- J.D. (equivalent), Dutch Civil Law, University of Groningen, Netherlands
- M.A., Business Economics (cum laude), University of Groningen, Netherlands
- B.A., Economics (cum laude), University of Groningen, Netherlands

## Selected Engagements

- Dr. Panis served as statistical expert in a matter involving alleged Medicare upcoding and Medicaid care violations by a chain of skilled nursing facilities (SNFs).
- Dr. Panis served as economic expert in support of a medical provider that allegedly overbilled Medicare. He demonstrated that 90% of the peer group of providers to which the DOJ compared the defendant were practicing in a different specialty field.

- Dr. Panis provided litigation support in several cases involving hospitals that allegedly manipulated their charges to collectively extract hundreds of millions of dollars in excess Medicare Outlier payments.

- Dr. Panis served as statistical expert to document that health information recorded by certain medical devices is considered not individually identifiable under HIPAA because he determined that the risk is very small that the information could be used to identify patients.

- Dr. Panis served as economic expert on demographic trends, healthcare utilization, and their implications for future demand for hospital services.

- Dr. Panis served as economic expert for a medical testing laboratory under investigation for allegedly carrying out more extensive flow cytometry tests than medically necessary. His report showed that the test panels were closely in line with those at appropriately defined industry peers.

- The U.S. Department of Labor (DOL) retained Dr. Panis to study self-insured health plans and to write substantial portions of the Secretary of Labor's 2011-2019 reports to Congress pursuant to the 2010 Affordable Care Act. Separately, DOL commissioned Dr. Panis to assess funding levels of retiree health benefits.

- Dr. Panis related workplace injury logs to worker demographics, production levels, and other factors in support of a criminal litigation case in which a major manufacturing company was accused of workplace safety violations.

- Dr. Panis developed a projection model to forecast the demand for nursing home beds in the United States. He found that, alongside demographic factors, increasing prevalence of obesity, diabetes, and asthma in the younger population will boost demand for nursing home beds in the future.

- Dr. Panis developed a complex Monte Carlo simulation model of health status and medical expenditures for the Centers of Medicare and Medicaid Services (CMS). The model is used to assess the implications of major medical breakthroughs for Medicare's finances.

- In a matter involving the sale of deferred annuities to senior citizens, Dr. Panis served as expert on the benefits of lifelong-guaranteed income for retirement satisfaction and symptoms of depression.

- In several separate matters, Dr. Panis served as economic expert to calculate lifetime lost earnings, including of someone who was injured before reaching her target occupation.

- In a variety of engagements, Panis designed statistical samples or reviewed the appropriateness of samples for financial audit, damages calculations, or other extrapolation purposes.

## Professional Experience

- Principal, Advanced Analytical Consulting Group, Inc. 2009–present.

- Senior Manager / Manager, Deloitte Financial Advisory Services LLP, Economic and Statistical Consulting, 2004–2009.

- Senior Economist/Economist/Associate Economist/Consultant, The RAND Corporation, 1986–1996 and 1997–2004. Senior Economist, 1999–2004.

- Consultant, Analysis Group, 2004

- Co-founder and CEO, EconWare, Inc., 1999–2005

- Business Analyst, Computer Sciences Corporation, 1996–1997

- Adjunct Associate/Assistant Professor, University of Southern California, Economics Department and Marshall School of Business, 1993–2002 (part-time)

- Lecturer, University of California at Irvine, Graduate School of Management, 1992–1995 (part-time)

## Expert Opinion and Expert Witness Experience

- The United States of America and the State of Florida Ex Rel. Angela Ruckh v. CMC II, LLC et al., United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:11 CV 1303 SDM-TBM. Reports and declarations: February 20, 2015; December 11, 2015; February 25, 2016; March 28, 2016; April 19, 2016; October 20, 2016; and January 31, 2017. Depositions: March 10, 2015 and March 17, 2016. Trial testimony: February 2017.

- State of New Mexico, ex rel. Hector H. Balderas, Attorney General, v. FastBucks Holding Company, et al. State of New Mexico, County of Santa Fe, First Judicial District Court. Case No. D-0101-CV-2009-01917. Deposition: August 23, 2016.

- California Department of Health Care Services v. Joseph A. Foroosh, Dental Corporation d.b.a. Desert Dental Group. Office of Administrative Hearings and Appeals, Appeal DC130113480. Testimony, June 5, 2014.

- United States ex rel. Michael Ruhe et al. v. Masimo Corporation. United States District Court, Central District of California, Case No. 2:10-CV-08169-CJC (VBKx). Report, July 31, 2013.

- United States of America ex rel. Alan M. Freedman v. Jose Suarezhoyos, MD, Steven Jay Wasserman, MD, et al.. United States District Court, Middle District of Florida, Case No. 8:04-CV-933. Declaration, April 21, 2012.

- Rowe v. Bankers Life and Casualty Company. United States District Court, Northern District of Illinois, Eastern Division, Case No. 09-CV-491. Declaration, January 31, 2011. Deposition, February 15, 2011.

- Office of Inspector General of the U.S. Department of Education v. BridgePoint Education and Ashford University. Expert reports, July 29, 2010 and February 23, 2011.

- Hansen v. Conseco Insurance Company. United States District Court, Northern District of California, San Jose Division, Case No. C-08-04726-RMW. Declaration, August 19, 2010.

- Torday v. Secretary of Health and Human Secretary of Health and Human Services. United States Court of Federal Claims, Office of Special Masters, Case No. 07-372V. Expert report, July 29, 2010.

- Walsh v. Principal Life Insurance Company and Princor Financial Services Corporation. United States District Court, Southern District of Iowa, Case No. 4:07-CV-00386-RP-CFB. Expert report, September 15, 2009. Deposition, September 30, 2009.

- Sweeney, et al. v. National Western Life Insurance Company. United States District Court, Southern District of California, Case No. 05 CV 1018 JLS. Declaration, September 3, 2009. Deposition, October 15, 2009.

- County of Sonoma v. Sutter Medical Center of Santa Rosa. Expert report, November 23, 2007.

- Carrera v. Secretary of Health and Human Services. United States Court of Federal Claims, Office of Special Masters, Case No. 03-2016V. Expert report, February 28, 2007.

- United States of America ex rel. James Tiesinga v. Dianon Systems, Inc. United States District Court, Connecticut, Case No. 3:02CV1573(MRK). Declaration, November 15, 2006.

- Taylor, et al. v. Farmers Insurance Co., Superior Court, King County, Washington, Case No. 02-2-08934-8 SEA. Deposition, March 1, 2006.

- Rainbow Development Corp. v. Rhodes Design and Development Corp., et al., District Court, Clark County, Nevada, Case No. A392416. Report, April 19, 2005. Deposition, April 21, 2005.

## Papers and Publications

- "Self-Insured Health Benefit Plans 2017" (with Michael Brien). 2017. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Review of Selected Studies and Comments in Response to the Department of Labor's Conflict of Interest 2015 Proposed Rule and Exemptions" (with Karthik Padmanabhan and Timothy Tardiff). 2016. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Rates of Return of Broker-Sold and Direct-Sold Mutual Funds" (with Karthik Padmanabhan and Timothy Tardiff). 2016. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Self-Insured Health Benefit Plans 2016" (with Michael Brien). 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Self-Insured Health Benefit Plans 2015" (with Michael Brien). 2014. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Brokerage Accounts in the United States" (with Michael Brien). 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Savers With and Without a Pension" (with Michael Brien). 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Target Populations of State-Level Automatic IRA Initiatives" (with Michael Brien). 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Asset Allocation of Defined Benefit Pension Plans" (with Michael Brien). 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Implications of Expanded Annuitization for Old-Age Well-Being" (with Michael Brien). 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Comments on a Review of a White House Report on Conflicted Investment Advice." 2015. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Financial Asset Holdings of Households in the United States: 2014 Update" (with Michael Brien). 2014. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Review of Study by Quantria Strategies, LLC." 2014. Memorandum to the U.S. Department of Labor, Employee Benefits Security Administration.

- "Self-Insured Health Benefit Plans 2014" (with Michael Brien). 2014. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Classifying Portfolio Volatility" (with Michael Brien). 2013. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Defined Contribution Plan Employer Match Suspensions During the Financial Crisis" (with Michael Brien). 2013. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Matching Form 5500 Employee Benefit Plan Filings by Employer" (with Michael Brien). 2013. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Self-Insured Health Benefit Plans: 2013" (with Michael Brien). 2013. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Self-Insured Health Benefit Plans: 2012" (with Michael Brien). 2012. Report for the U.S. Department of Labor, Employee Benefits Security Administration. Also "Self-Insured Health Benefit Plans Supplemental Report 2012" with additional details.

- "An Analysis of 2007-2009 Filings of Form M-1, Report for Multiple Employer Welfare Arrangements (MEWAs) and Certain Entities Claiming Exception (ECES)" (with Michael Brien). 2012. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Anomalies in Form 5500 Filings: Lessons from Supplemental Data for Group Health Plan Funding" (with Michael Brien). 2012. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Strengths and Limitations of Form 5500 Filings for Determining the Funding Mechanism of Employer Provided Group Health Plans" (with Michael Brien). 2012. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Identifying Self-Insured Health Plans Using Research Data Sources" (with Michael Brien). 2012. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Annuities in the Context of Defined Contribution Plans" (with Michael Brien). 2011. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Self-Insured Health Benefit Plans" (with Michael Brien). 2011. Report for the U.S. Department of Labor, Employee Benefits Security Administration. Also "Self-Insured Health Benefit Plans Second Report" (2012) with additional details.

- "Large Group Health Plans Study" (with Michael Brien). 2011. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Volatility Metrics for Mutual Funds" (with Michael Brien and Karthik Padmanabhan). 2010. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Target Date Funds and Retirement Savings" (with Michael Brien et al.). 2010. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Supply of and Demand for Skilled Labor in the United States" (with Lynn Karoly.) 2009. Chapter 2 in *Skilled Migration Today: Prospect, Problems and Policies*, edited by Jagdish Bhagwati and Gordon Hanson. Oxford University Press.

- "Target Date Funds: Historical Volatility/Return Profiles" (with Michael Brien and Philip Cross). 2009. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Other Post-Employment Benefits: Overview" (with Michael Brien et al.). 2009. Report for the U.S. Department of Labor, Employee Benefits Security Administration.

- "Revenue Sharing in DC Plans: What Does It Mean for Plan Sponsors?" (With Michael Brien). *Pensions & Investments Online*, 2008. See http://www.pionline.com/assets/docs/CO40932310.PDF.

- "Generally Accepted Investment Theories" (with Joshua Schaeffer). 2007. Memo for the U.S. Department of Labor, Employee Benefits Security Administration.

- "An Analysis of the Choice to Cash Out, Maintain, or Annuitize Pension Rights upon Job Change or Retirement," (with Michael Hurd). *Journal of Public Economics* 2006, 90(12): 2213-2217.

- "Health and Spending of the Future Elderly: Consequences of Health Trends and Medical Technology" (with Dana Goldman et al.). *Health Affairs Web Exclusive*, 26 September 2005. See http://content.healthaffairs.org/cgi/reprint/hlthaff.w5.r5v1.

- "Pension Annuitization and Social Security Claiming," (with Michael Hurd, James Smith, and Julie Zissimopoulos). 2004. Chapter 5 in *Developing an Annuity Market in Europe*, Elsa Fornero and Elisa Luciano (eds.). ISBN 1843764768. Edward Elgar, London.

- *The 21st Century at Work: Forces Shaping the Future Workforce and Workplace in the United States*, 2004 (with Lynn Karoly), RAND MG-164-DOL. ISBN 0-8330-3492-8. Santa Monica, California. See http://www.rand.org/publications/MG/MG164.

- "Disability Forecasts and Future Medicare Costs," (with Jayanta Bhattacharya et al.). *Health Policy Research* 2004, Volume 7: 75-94, David Cutler and Alan Garber (eds), MIT Press, Cambridge, Mass.

- "Annuities and Retirement Well-being," 2004, Chapter 14 in *Pension Design and Structure: New Lessons from Behavioral Finance*, Olivia S. Mitchell and Stephen P. Utkus (eds), ISBN 0-19-927339-1. Oxford: Oxford University Press.

- "The Size and Composition of Wealth Holdings in the United States, Italy, and the Netherlands," 2005, (with Arie Kapteyn). Chapter 9 in *Analyses in the Economics of Aging*, David Wise (ed.). National Bureau of Economic Research, The University of Chicago Press: Chicago, Illinois.

- *Health Status and Medical Treatment of the Future Elderly*, 2004 (with Dana Goldman et al.), RAND TR-169-CMS. ISBN 0-8330-3653-X. Santa Monica, California. See http://www.rand.org/publications/TR/TR169.

- "Forecasting the Nursing Home Population," (with Darius Lakdawalla, Dana Goldman, Jayanta Bhattacharya, Michael Hurd, Geoffrey Joyce). *Medical Care*, 41(1): 8-20, January 2003.

- "Effects of Changing Social Security Administration's Early Entitlement Age and the Normal Retirement Age," (with Michael Hurd and David Loughran). Working paper, November 2002.

- "Workers That Claim Early Social Security Benefits," (with Julie Zissimopoulos). Working paper, October 2002.

- "Nonmarital Childbearing: Influences of Education, Marriage, and Fertility," (with Dawn Upchurch and Lee Lillard), *Demography* 39(2): 311-329, May 2002.

- "Microsimulations in the Presence of Unobserved Heterogeneity," University of Michigan, Michigan Retirement Research Center Working paper WP 2003-048, May 2003. See http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1090904.

- "MetLife Retirement Crossroads Study: Paving the Way to a Secure Future," 2002, Metropolitan Life Insurance Company, February 2002.

- "Determinants and Accuracy of Planned Retirement Age," (with Michael Hurd and David Loughran). Working paper, November 2001.

- "The Impact of Nonmarital Childbearing on Subsequent Marital Formation and Dissolution," 2001, (with Dawn Upchurch and Lee Lillard) in Wu, Haveman, and Wolfe (Eds.), *Out of Wedlock: Trends, Causes, and Consequences of Nonmarital Fertility*. Russell Sage, New York.

- "The Quality of Retrospective Data: An Examination of Long-Term Recall in a Developing Country," 2001, (with Megan Beckett, Julie DaVanzo, Christine Peterson, and Narayan Sastry), *Journal of Human Resources* 36(3): 593-625.

- "Comparing Disability Growth among the Young and Old," (with Darius Lakdawalla, Jayanta Bhattacharya, Dana Goldman, Michael Hurd, Geoffrey Joyce). RAND working paper, April 2001.

- "SSA Program Data User's Manual," June 2000, (with Roald Euller, et al.), Report for the Social Security Administration, RAND PM-973-SSA

- "Release of Confidential Microdata for Research: Case Studies of Federal Agencies and Recommendations for the Social Security Administration," May 2000 (with Cynthia Grant and Roald Euller), Report for the Social Security Administration, RAND PM-1044-SSA.

- *Citizens, Computers, and Connectivity: A Review of Trends*, September 1999, (with Tora Bikson), RAND MR-1109-MF.

- "Near Term Model Development, Part II," 1999 (with Lee Lillard), report for the Social Security Administration. See http://www.socialsecurity.gov/policy/docs/contractreports/NearTermModelDev.pdf.

- "Panel Attrition from the Panel Study of Income Dynamics: Marital Status, Income, and Mortality," (with Lee Lillard), *Journal of Human Resources* 1998, 33(2): 437-457.

- "Socioeconomic Differentials in the Returns to Social Security," February 1996, (with Lee Lillard). RAND DRU-1327-NIA.

- "Social Security: Equity, Adequacy, Reforms," 1996, (with Lee Lillard) RAND Documented Briefing, DB-167-NIA.

- "Social Security Reform: Touching the Rail," Winter 1995-96 (with Lee Lillard), *RAND Research Review*, Vol. XIX, No.3.

- "The Value of an Annuity When Payments and Survival Probabilities Depend on Future Events," 1997, (with Lee Lillard and Michael Brien).

- "Marital Status and Mortality: The Role of Health," (with Lee A. Lillard), August 1996, *Demography*, 33(3): 313-327.

- "Life Expectancy Projections for European Union Member Countries," Final report prepared for Directorate General V (Employment, Industrial Relations, and Social Affairs) of the European Commission (with Erwin Charlier and James Kahan). September 1996.

- "Computers and Connectivity: Current Trends," in *Universal Access to E-mail*, Robert H. Anderson, Tora Bikson, Sally Ann Law, and Bridger Mitchell (eds), RAND. Also in *Social Psychology of the Internet*, Sara Kiesler (ed.), Mahwah, New Jersey: Erlbaum, Inc., 1996. (With Tora K. Bikson).

- "Child Mortality in Malaysia: Explaining Ethnic Differences and the Recent Decline," *Population Studies* 49 (1995): 463-479 (with Lee Lillard).

- "Implications of Family Formation for Educational Attainment among Young Women," 1995 (with Lee Lillard and Dawn Upchurch).

- "Health Inputs and Child Mortality: Malaysia," *Journal of Health Economics*, 13 (1994): 455-489 (with Lee Lillard).

- "Interdependencies Over the Life Course: Women's Fertility, Marital, and Educational Experiences," 1996 (with Lee Lillard and Dawn Upchurch).

- "The Decline of Infant Mortality in Malaysia: Causes and Policy Implications." In Health, Economics, and Development: Working Together for Change, World Federation of Public Health Associations, pp. 71-72 (presented to the 7-th International Congress, Bali, Indonesia, December, 1994.)

- "The Piecewise Linear Spline Transformation with an Application to Age at First Marriage," *Stata Technical Bulletin* 18 (1994): 27-29.

- "Timing of Child Replacement Effects on Fertility in Malaysia," (with Lee A. Lillard), RAND Labor and Population Program, DRU-331-NICHD, June 1993.

- "The Logit Model: An Introduction for Economists," review of book by J.S. Cramer, *Journal of* Regional *Science*, 1992, 32:392-394.


## Peer Evaluation and Referee Experience

Referee for the following academic journals:

| | |
|---|---|
| *Journal of Political Economy* | *Demography* |
| *Journal of Human Resources* | *Social Security Bulletin* |
| *National Tax Journal* | *Demographic Research* |
| *Journal of the Royal Statistical Society, Series B* | *Social Science & Medicine* |
| *Statistical Modeling: an International Journal* | *Economic Journal* |
| *Journal of Population Economics* | *Empirica* |
| *Methodology* | |

R03 Grant Reviewer, National Institute for Child Health and Human Development (2004)

Review panelist, PENSIM Pension Simulation Model, Department of Labor (2000)