UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF FLORIDA, ex rel. MERIA BROADNAX<br><br>Plaintiffs,<br><br>v.<br><br>SAND LAKE CANCER CENTER, P.A., and VINICIO HERNANDEZ, M.D.,<br><br>Defendants. | Case No. 8:13-CV-2724-T-27SPF |

**PRINCIPAL TERMS OF SETTLEMENT**

COME NOW the Parties, Meria Broadnax, Sand Lake Cancer Center, P.A., and Vinicio Hernandez, M.D. [hereinafter collectively "Parties"], hereby memorialize the principal terms of settlement agreed to by the Parties during the settlement conference held before Magistrate Judge Sean P. Flynn, on February 25, 2019:

**MATERIAL TERMS**

Subject to the approval of the United States of America (DOJ) and U.S. Health and Human Services:

1. Sand Lake Cancer Center, P.A. and Vinicio Hernandez, M.D. [hereinafter "Defendants"] do not admit to any liability whatsoever.

2. The non-government Parties will sign a mutual general release.

3. The Defendants will submit the financial information requested by and to the Department of Justice [hereinafter "DOJ"] so that DOJ can conduct an analysis of the Defendants' ability to pay.

4. The Parties agree that the "ability to pay" number determined by DOJ will be the amount of gross recovery from the defendants.

5. The Settlement Agreement in this matter will reflect these terms.

Dated: February 25, 2019.

**JAMES D. YOUNG, ESQ.**
Florida Bar No: 567507
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
76 S. Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 361-0012
Facsimile: (904) 361-7242
E-mail: jyoung@forthepeople.com
Counsel for Relator

**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No: 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Facsimile: (407) 872-0704
E-mail: Brian.Phillips@phillips-law-firm.com
Counsel for the Defendants

Meria Broadnax
Relator

Vinicio Hernandez, M.D.
Defendant

Sand Lake Cancer Center, P.A.
Defendant
By its owner:
Vinicio Hernandez, M.D.